## WILLIAM J. DEAN v. STATE.

No. A-7428.  Opinion Filed Aug. 23, 1930.
(290 Pac. 1116.)

John W. Whipple, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

CHAPPELL, J.   The plaintiff in error was convicted in the county court of Payne county on a charge of maintaining a place where intoxicating liquor is kept and sold, and his fine fixed by the jury at a fine of $250 and imprisonment in the county jail for a period of 90 days.

But one question is presented by this appeal, and that is the sufficiency of the evidence to support the verdict.   A careful examination of the record discloses sufficient competent evidence to support the verdict of the jury.

No error being apparent, the cause is affirmed.

EDWARDS, P. J., and DAVENPORT, J., concur.